RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Francis Araujo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCIS ARAUJO,<br><br>    Defendant. | Case No. 2:22-cr-00069-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Francis Araujo, that the Sentencing Hearing currently scheduled on December 13, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

  This Stipulation is entered into for the following reasons:

  1. Undersigned counsel needs additional time to review the case and gather mitigation in preparation for sentencing.

  2. The defendant is in custody and agrees with the need for the continuance.

  3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 5th day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ LaRonda R. Martin<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By /s/ Kimberly Anne Sokolich<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCIS ARAUJO,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00069-GMN-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, December 13, 2022 at 11:00 a.m., be vacated and continued to February 14, 2023 at the hour of 11:00 a.m.

　　DATED this  5  day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE

3