RESCH LAW, PLLC d/b/a Conviction Solutions
By: Jamie J. Resch
Nevada Bar Number 7154
2620 Regatta Dr., Suite 102
Las Vegas, Nevada, 89128
Telephone (702) 483-7360
Facsimile (800) 481-7113
Jresch@convictionsolutions.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>vs.<br><br>FRANCIS ARAUJO.<br>         Defendant. | Case No. 2:22-cr-00069-GMN-DJA<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES (First Request)** |
|---|---|

   IT IS HEREBY STIPULATED AND AGREED, by and between Francis Araujo, by and through his attorney, Jamie J. Resch, and the United State of America, by and through Jason M. Frierson, United States Attorney, and Jim Fang, Assistant United States Attorney, that the time to supplement the pending Motion to Vacate, Correct, or Set Aside Sentence (ECF #90) which is currently due to be filed by July 5, 2024, shall be extended for sixty days to September 3, 2024, with the opposition and reply dates moving accordingly.

///

This stipulation is entered into for the following reasons:

1. Counsel for Francis Araujo was only recently appointed. Counsel has reviewed the pleadings on file and reached out to Mr. Araujo but has yet to receive a substantive response or discuss the claims in any detail.

2. Counsel has also reached out to trial counsel to discuss the issues but was informed trial counsel is in the middle of an ongoing trial and will not be available to discuss the matter until "next month" at the earliest.

3. Counsel is in the process of obtaining transcripts from the plea hearing and sentencing so as to determine the impact on the pending claims but those transcripts have yet to be prepared.

This is the first request for an extension of deadlines to supplement the pending motion.

| UNITED STATES OF AMERICA | RESCH LAW, PLLC |
|---|---|
| /s/ JIM FANG_____ | /s/ Jamie J. Resch |
| JIM FANG | JAMIE J. RESCH |
| Asst. United States Attorney | Attorney for Francis Araujo |
| Dated this __20___ day of June, 2024 | Dated this __20__ day of June, 2024 |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br><br>FRANCIS ARAUJO.<br>                Defendant. | Case No. 3:18-cv-00424-MMD-WGC<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES (First Request)** |

IT IS THEREFORE ORDERED that any supplement to the Motion to Vacate, Set Aside or Correct Sentence under Section 2255 filed by Francis Araujo shall be filed by September 3, 2024.  IT IS FURTHER ORDERED that the Government shall file a Response by September 24, 2024 and any reply shall be filed by October 8, 2024.

_____
UNITED STATES DISTRICT JUDGE

3