RESCH LAW, PLLC d/b/a Conviction Solutions
By: Jamie J. Resch
Nevada Bar Number 7154
2620 Regatta Dr., Suite 102
Las Vegas, Nevada, 89128
Telephone (702) 483-7360
Facsimile (800) 481-7113
Jresch@convictionsolutions.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>vs.<br>FRANCIS ARAUJO.<br>            Defendant. | Case No. 2:22-cr-00069-GMN-DJA<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES (Second Request)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Francis Araujo, by and through his attorney, Jamie J. Resch, and the United State of America, by and through Jason M. Frierson, United States Attorney, and Jim Fang, Assistant United States Attorney, that the time to supplement the pending Motion to Vacate, Correct, or Set Aside Sentence (ECF #90) which is currently due to be filed by September 3, 2024, shall be extended for sixty days to November 4, 2024, with the opposition and reply dates moving accordingly.

///

This stipulation is entered into for the following reasons:

1. There has been lots of progress since the last extension. Transcripts from the plea hearing and sentencing were received, defense counsel was able to speak with the FPD that handled the case, and voluminous discovery was provided and reviewed. Unfortunately those events took the majority of the extended time.

2. Counsel drafted and sent Mr. Araujo a very long letter explaining his situation and options on August 16, 2024. It's unclear that it even arrived yet, but no response has been received from Mr. Araujo. It is likely he may want to talk to counsel about it on a prearranged call.

3. Once those communications take place there is then the matter of preparing whatever additional pleadings are appropriate. It is believed this can all take place in the next sixty days.

This is the second request for an extension of deadlines to supplement the pending motion.

| | |
|---|---|
| UNITED STATES OF AMERICA | RESCH LAW, PLLC |
| /s/ JIM FANG_____ | /s/ Jamie J. Resch_____ |
| JIM FANG | JAMIE J. RESCH |
| Asst. United States Attorney | Attorney for Francis Araujo |
| Dated this __21__ day of August, 2024 | Dated this __21_ day of August, 2024 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>vs.<br><br>FRANCIS ARAUJO.<br>                    Defendant. | Case No. 3:18-cv-00424-MMD-WGC<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES (Second Request)** |

IT IS THEREFORE ORDERED that any supplement to the Motion to Vacate, Set Aside or Correct Sentence under Section 2255 filed by Francis Araujo shall be filed by November 4, 2024.  IT IS FURTHER ORDERED that the Government shall file a Response by November 25, 2024 and any reply shall be filed by December 9, 2024.

_____
UNITED STATES DISTRICT JUDGE

3